FILED

APR 17 2020

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Court Name: USDC, WESTERN DISTRICT OF PA
Division: 2
Receipt Number: 24668062127
Cashier ID: corendi
Transaction Date: 04/17/2020
Payer Name: Lamberton Law Firm LLC
------------------------------------
CIVIL FILING FEE
 For: Lamberton Law Firm LLC
 Case/Party: D-PAW-2-20-CV-000560-001
 Amount:        $400.00
------------------------------------
CHECK
 Check/Money Order Num: 6065
 Amt Tendered:  $400.00
------------------------------------
Total Due:       $400.00
Total Tendered: $400.00
Change Amt:      $0.00

Sealed Filing