IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.*, RYAN P. NOONAN,<br><br>Plaintiff,<br><br>v.<br><br>ABRY PARTNERS, INC., *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:20-cv-560 |

## ORDER ON NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), 31 U.S.C. § 3730(b)(1), and the terms of the Settlement Agreement executed by the parties, the United States of America and Relator Ryan P. Noonan have filed a Stipulation of Dismissal. It is hereby ORDERED that this action shall be dismissed: 1) with prejudice to Relator; 2) with prejudice to the United States as to the conduct defined in the Settlement Agreement as Covered Conduct; and 3) without prejudice to the United States as to all other claims and defendants. The Court retains jurisdiction over any dispute that may arise regarding compliance with the Settlement Agreement.

IT IS SO ORDERED.

s/Cathy Bissoon
_____
HONORABLE CATHY BISSOON
United States District Judge

Dated: September 13, 2023

3